

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2014, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated June 23, 2014, it is ordered that these causes be transferred to the Thirteenth Court of Appeals, at Corpus Christi, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Thirteenth Court of Appeals.

| | |
|---|---|
| 09-14-257-CR | Marvin Noel Caballero-Lopez v. State of Texas |
| 09-14-258-CR | Marvin Noel Caballero-Lopez v. State of Texas |
| 09-14-259-CR | Curtis Allen Garrison v. State of Texas |
| 09-14-261-CV | McGraw Minerals, Ltd. v. County of Jasper, Texas |
| 09-14-263-CR | Richard Jamal Netherly v. State of Texas |
| 09-14-264-CR | John Douglas Edwards v. State of Texas |
| 09-14-265-CV | Annie Dorsey, et al v. Christus Hospital – St Mary, et al |
| 09-14-267-CV | United Scaffolding, Inc. v. James Levine |
| 09-14-268-CR | Arolodo David Aguilar v. State of Texas |
| 09-14-269-CR | Vorice Charles Citizen v. State of Texas |
| 09-14-271-CR | Lawrence James Jr. v. State of Texas |
| 09-14-272-CV | Enbridge Pipelines v. Saratoga Timber Co. et al |
| 09-14-273-CR | Valerie Celeste Moore v. State of Texas |
| 09-14-275-CV | 301 White Oak Ranch, et al v. Oaks of Trinity Homeowners Assn. |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Thirteenth District of Texas at Corpus Christi as appears of record in Minute Book Volume 18."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 2nd of July 2014.

_____
Carol Anne Harley
Clerk of the Court